# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| James Ray Wilson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00077-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Larry Wilson | ) | |
| Mike Miller | | |
| J. Kendrick | | |
| Mitzi McGraw Johnson | | |
| Jeffrey Zimmerman | | |
| J. R. Crotts, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2017 Order.

Signed: March 13, 2017

Frank G. Johns, Clerk
United States District Court